UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-80888-KAM

GERARD DRAETTA, and all others
similarly situated pursuant to
29 U.S.C. §216(b),

Plaintiff,

vs.

DYCOM INDUSTRIES, INC., a Florida
corporation,

Defendant.
_____/

### ORDER[1]

This cause is before the Court upon the parties' Stipulation to Stay Pending Arbitration[2] (DE 6).  The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The case is **STAYED** pending the conclusion of the arbitration.

2) The Clerk shall **ADMINISTRATIVELY CLOSE** the case and all pending motions are **DENIED AS MOOT**.

3) The Court reserves jurisdiction to enter judgment consistent with that final findings of the American Arbitration Association, upon application to do so by

---

[1] Despite the Court's request and the requirement of the local rules, the parties did not submit a proposed order.

[2] The stipulation was labeled as a "stipulation to stay pending *appeal*," which the Court assumes was a scrivener's error. (emphasis added).

1

2

either party.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of October, 2020.

KENNETH A. MARRA
United States District Judge